UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO GELOSO and DAWN GELOSO,<br><br>                      Plaintiffs,<br><br>               -v.-<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,<br><br>                      Defendants. | 21 Civ. 2583 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On August 11, 2021, Plaintiffs submitted a status update indicating that the parties were working toward an agreement on certain requests for admission and that Plaintiffs were hopeful that Defendant National Railroad Passenger Corporation ("Amtrak") would soon be dismissed as a defendant in this case. (Dkt. #15). Since Plaintiffs' letter, the Court has not received any further updates from either party. Accordingly, the parties are hereby ORDERED to submit a joint status update addressing the status of any requests for admission and the parties' view as to the appropriateness of Amtrak's continued involvement in this case on or before **October 21, 2021**.

      SO ORDERED.

Dated:  October 7, 2021
           New York, New York

                                                      KATHERINE POLK FAILLA
                                                  United States District Judge